UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

===============================================

ROSEMARY A. LIGOTTI,

                          Plaintiff,

                                                                    ORDER
         v.                                                        10-CV-0564A

PROVIDENT LIFE AND CASUALTY
 INSURANCE COMPANY, and
THE UNUM GROUP,

                          Defendants.

===============================================

         The above-referenced case was referred to Magistrate Judge Leslie G.

Foschio, pursuant to 28 U.S.C. § 636(b)(1)(B).  On December 1, 2011, Magistrate

Judge Foschio filed a Report and Recommendation, recommending that (1) defendants'

motion for judgment on the pleadings be converted to a motion for partial summary

judgment and then granted, with the complaint dismissed as against Unum; (2) plaintiff's

motion for leave to amend be denied; and (3) defendants' motion to compel plaintiff  to

submit to a physical examination be granted, with defendants to provide plaintiff with  a

copy of their expert opinion report within 30 days of the completion of Dr. Twist's

examination.

         The Court has carefully reviewed the Report and Recommendation, the

record in this case, and the pleadings and materials submitted by the parties, and no

objections having been timely filed, it is hereby

         ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set

forth in Magistrate Judge Foschio's Report and Recommendation, defendants' motion

for judgment on the pleadings is converted to a motion for partial summary judgment

and is granted, with the complaint dismissed as against Unum; (2) plaintiff's motion for

leave to amend is denied; and (3) defendants' motion to compel plaintiff  to submit to a

physical examination is granted, with defendants to provide plaintiff with  a copy of their

expert opinion report within 30 days of the completion of Dr. Twist's examination.

      The case is referred back to Magistrate Judge Foschio for further

proceedings.

      SO ORDERED.


*s/ Richard J. Arcara*
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT JUDGE


DATED:December 16, 2011