

Gregory Stamm
Bradley J. Stamm*
Brian G. Stamm*
Melissa A. Stadler
* Also admitted in Massachusetts

Of Counsel
William R. Crowe
Modesto A. Argenio
**Hon. Mario J. Rossetti
James V. Hall
** Retired, Justice NYS Court of Claims
and Acting Justice NYS Supreme Court

May 21, 2013

Hon. Richard J. Arcara
US District Court
Western District of NY
2 Niagara Square
Buffalo, NY 14202-3350

      Re:    Rosemary A. Ligotti
             Index No. 10-CV-00564A(F)

Dear Judge Arcara:

      The Plaintiff, Rosemary Ligotti, does not have any objections to the Report and Recommendation of Magistrate Foschio in the above-referenced matter.

      Given the fact that this is a long-standing case involving my client's need for disability benefit payments, we respectfully request the Court to schedule a conference at the earliest possible time to schedule a trial date in this matter.

      Thank you for your courtesies and cooperation in this matter.

                    Very truly yours,

                    **STAMM LAW FIRM**

                    **Gregory Stamm**

GS/bb

cc:    Paul K. Stecker, Esq.