UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ROSEMARY A. LIGOTTI,

         Plaintiff,

                     ORDER
  v.                   10-CV-564-A

PROVIDENT LIFE AND CASUALTY
INSURANCE COMPANY, and
THE UNUM GROUP,

         Defendants.

---

  The above-referenced case was referred to Magistrate Judge Leslie G. Foschio pursuant to 28 U.S.C. § 636(b)(1)(B). On May 7, 2013, Magistrate Judge Foschio filed a Report and Recommendation recommending denial of plaintiff Rosemary Ligotti's motion for summary judgment.

  The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

  ORDERED, pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Foschio's Report and Recommendation, plaintiff's motion for summary judgment is denied.

  The parties shall appear for a status conference on Friday, July 19, 2013 at 9:00 a.m.

SO ORDERED.

*s/ Richard J. Arcara*
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT JUDGE

DATED: July 12, 2013